ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

FILED
2018 MAY 30 PM 3: 25
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18-1013TUC CKJ (BPV)

| United States of America, | INDICTMENT |
| --- | --- |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 242<br>Deprivation of Rights Under Color of Law<br>(Count 1) |
| Matthew Bowen, | |
| Defendant. | 18 U.S.C. § 1519<br>Falsification of Records in Federal Investigations<br>(Count 2) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 3, 2017, in Nogales, in the District of Arizona, defendant MATTHEW BOWEN, while employed as a United States Border Patrol Agent and acting under color of law, willfully deprived A.L.-A. of the right, secured and protected by the Constitution and the laws of the United States, to be secure in his person against unreasonable seizures, which includes the right to be free from the use of excessive force by one acting under color of law. Specifically, BOWEN assaulted A.L.-A. through the use

of a dangerous weapon by intentionally striking A.L.-A. with a motor vehicle, resulting in bodily injury to A.L.-A.

All in violation of Title 18, United States Code, Section 242.

## COUNT 2

On or about December 12, 2017, in Nogales, in the District of Arizona, the defendant, MATTHEW BOWEN, knowingly made a false entry in a document, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Department of Homeland Security, Office of Inspector General. Specifically, BOWEN submitted supplemental memorandum to the Chief Patrol Agent of the Tucson Sector regarding the events of December 3, 2017, in which he falsely stated that he was not sure if his vehicle had contacted A.L.-A. and that he never intended to strike, scare or otherwise come in to contact with A.L.-A.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

/S/

Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
/S/

Assistant U.S. Attorney
Dated:

MAY 3 0 2018

REDACTED FOR
PUBLIC DISCLOSURE