**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-01013-001-TUC-CKJ(BPV) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Matthew Bowen, | |
| Defendant. | |

The Defendant MATTHEW BOWEN, through counsel Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., hereby gives notice of his appearance as counsel in this matter on behalf of Defendant MATTHEW BOWEN, for all further proceedings herein.

Respectfully submitted this 5th day of June, 2018.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY: /s/ Sean Chapman
      Sean Chapman

1

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2018, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

Serena Lara