**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-01013-001-TUC-CKJ(BPV) |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE ARRAIGNMENT** |
| Matthew Bowen, | |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant, MATTHEW BOWEN through undersigned counsel, Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., respectfully moves this Court for an order continuing arraignment in this matter. Defendant, through undersigned counsel, requests a continuance of 14 days in this matter.

The reason for this requested continuance is because undersigned counsel will be out of town on a preplanned family vacation and will be unable to attend the hearing on the current date.

Assistant U.S. Attorney Monica Ryan has indicated she has NO OBJECTION to the requested continuance of the arraignment in this matter.

Respectfully submitted this 5th day of June, 2018.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY: /s/ Sean Chapman
Sean Chapman

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2018, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

<u>Serena Lara</u>