ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONICA E.RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Monica.Ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>        vs.<br><br>Matthew Bowen,<br><br>                              Defendant. | 4:18-cr-01013-CKJ-BPV<br><br>**NOTICE:  DESIGNATION<br>OF VICTIM CASE** |

NOTICE is hereby given, that the above referenced matter is designated a Victim Case.

DATED this  13th  day of June, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Monica E. Ryan*

MONICA E. RYAN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 13th day of June, 2018, to:

Sean Chapman, Esq.