# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 4:18-cr-01013-CKJ-BPV-1 |
| Plaintiff, | **ORDER** |
| v. | |
| Matthew Bowen, | |
| Defendant. | |

**IT IS ORDERED** that Defendant Matthew Bowen shall surrender all travel documents to U.S. Pretrial Services by July 3, 2018, and will not obtain a passport or other travel document during the pendency of these proceedings.

Dated this 3rd day of July, 2018.

*Leslie A. Bowman*
Honorable Leslie A. Bowman
United States Magistrate Judge