**Sean C. Chapman**
**Law Offices of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant *Bowen*
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 18-cr-1013-TUC-CKJ-BPV |
| ) | |
| Plaintiff, ) | **FIRST MOTION TO CONTINUE** |
| ) | **TRIAL** |
| v. ) | |
| ) | |
| MATTHEW BOWEN, ) | |
| ) | |
| Defendant. ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant, MATTHEW BOWEN through undersigned counsel, Sean C. Chapman of THE LAW OFFICES OF SEAN C. CHAPMAN, P.C., respectfully moves this Court for an order continuing the plea deadline, trial, and pretrial deadlines in this matter. Trial is presently set for August 7, 2018. Defendant, through undersigned counsel, requests a continuance of not less than 60 days in this matter.

The reason for this requested continuance is because undersigned needs additional time to prepare for trial.

Assistant U.S. Monica Ryan has indicated she has NO OBJECTION to the requested continuance of the plea deadline, trial date, and pretrial deadlines in this matter.

Respectfully submitted this 19th day of July, 2018.

LAW OFFICES OF SEAN CHAPMAN, P.C.

BY: /s/ Sean Chapman
      Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 19, 2018, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica E. Ryan
Assistant U.S. Attorney
Monica.Ryan@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050


Serena Lara