ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-1013-TUC-CKJ (BPV) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO RELY ON OTHER ACTS PURSUANT TO RULE OF EVIDENCE 404(b)** |
| Matthew Bowen, | |
| Defendant. | |

Plaintiff, United States of America, by and through undersigned counsel, hereby files this notice pursuant to Federal Rule of Evidence 404(b). In support thereof, the following is stated:

I.  THE LAW:

The government hereby provides notice of its intent to rely on other acts pursuant to Federal Rule of Evidence 404(b). Under Rule 404(b), evidence of other acts, may be admissible for other purposes, "such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident," with reasonable notice to the accused in a criminal case. *See* Fed. R. Evid. 404(b)(2). Our Appellate Court has considered Rule 404(b) as a "rule of inclusion." *See United States v. Ayers*, 924 F.2d 1468, 1472-1473 (9th Cir. 1991) (other citations omitted). The Court applied a four-part test to

determine whether such evidence should be properly admitted under the rule:

    (1) sufficient evidence must exist for the jury to find that the defendant committed the other acts;

    (2) the other acts must be introduced to prove a material issue in the case;

    (3) the other acts must not be too remote in time; and

    (4) if admitted to prove intent, the other acts must be similar to the offense charged.

*Ayers*, 924 F.2d at 1473 (*quoting United States Spillone*, 879 F.2d 514, 518-520 (9th Cir. 1989), cert. denied, 498 U.S. 878 (1990).

II.    <u>LIST OF OTHER ACT EVIDENCE</u>:

The government hereby provides notice of potential "other act" evidence it may use during the trial. These items are listed to provide defense counsel notice of the other act evidence that the government may seek to introduce during the trial:

(1)    Evidence from a traffic stop conducted by defendant Matthew Bowen on January 12, 2012 in Nogales, Arizona. One of the occupants of the car alleged that Matthew Bowen violated his civil rights when Matthew Bowen stopped and searched the car without probable cause, and that Matthew Bowen caused him injuries when he pulled him from the car, threw him to the ground, and handcuffed him.

(2)    Evidence from an arrest of an undocumented alien by defendant Matthew Bowen on March 16, 2015. Another Border Patrol Agent reported that Matthew Bowen used unnecessary force during the apprehension of the alien, when Matthew Bowen tackled the alien to the ground after the alien had stopped running, resulting in an injury to the alien, specifically, a busted lip.

(3)    Evidence from an arrest of an undocumented alien by defendant Matthew Bowen on April 5, 2015. The alien alleged that Matthew Bowen had mistreated him after his arrest, when Matthew Bowen pulled the alien up from the ground by his handcuffs after the alien tripped and fell while walking down a hill, resulting in an injury to the alien, specifically, abrasions on his wrists.

(4) Evidence from an arrest of an undocumented alien by defendant Matthew Bowen on September 19, 2015. Another Border Patrol Agent anonymously reported that a juvenile alien apprehended by Matthew Bowen was bleeding from his lip and that Matthew Bowen bragged about how hard he took the juvenile down.

(5) Evidence from an arrest of an undocumented alien by defendant Matthew Bowen on October 2, 2015. The alien reported that Matthew Bowen mistreated the alien following the arrest, when Matthew Bowen transported the alien, while handcuffed, on the front of an All-Terrain Vehicle, and intentionally slammed on the brakes, causing the alien to launch forward and injure himself.

Disclosure of the reports documenting the above-listed events have been provided to defense counsel under separate cover.

RESPECTFULLY submitted this 5th day of December, 2018.

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    District of Arizona

    */s/ Monica E. Ryan*
    MONICA E. RYAN
    Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 5th day of December, 2018 to:

Sean C. Chapman, Esq.
100 N. Stone Ave., Suite 701
Tucson, AZ 85701