ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONICA E.RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   vs.<br><br>Matthew Bowen,<br><br>                Defendant. | CR 18-1013-TUC-CKJ (BPV)<br><br>**MOTION TO FILE<br>UNOPPOSED LATE NOTICE** |

      Plaintiff, United States of America, by and through undersigned counsel, hereby seeks leave of the Court to file its Notice of Intent to Use Statements after the December 5, 2018, deadline set by the Court in its November 21, 2018 scheduling order. Counsel apologizes to the Court for this untimely filing. Counsel has conferred with defense counsel, Sean C. Chapman, Esq., who does not object to the filing of this notice. The government's Notice of Intent to Use Statements is attached hereto.

      RESPECTFULLY submitted this 14th day of December, 2018.

                                    ELIZABETH A. STRANGE
                                    First Assistant United States Attorney
                                    District of Arizona


                                    */s/ Monica E. Ryan*
                                   MONICA E. RYAN
                                   Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means,
this 14th day of December, 2018 to:

Sean C. Chapman, Esq.
100 N. Stone Ave., Suite 701
Tucson, AZ 85701

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-1013-TUC-CKJ (BPV) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO USE STATEMENTS** |
| Matthew Bowen, | |
| Defendant. | (LRCrim 16.1(a)) |

Plaintiff, United States of America, by and through undersigned counsel, hereby files this notice pursuant to Rule 16.1(a) of the Local Rules of Criminal Procedure of the United States District Court for the District of Arizona, that all confessions, admissions and statements made by the defendant, and provided in disclosure in this case to the defendant through his attorney, may be introduced into evidence at trial.

RESPECTFULLY submitted this 14th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Monica E. Ryan*
MONICA E. RYAN
Assistant U.S. Attorney

- 3 -

Copy of the foregoing served
electronically or by other means,
this 14th day of December, 2018 to:

Sean C. Chapman, Esq.
100 N. Stone Ave., Suite 701
Tucson, AZ 85701