**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant *Bowen*
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) CASE NO.: 18-cr-1013-TUC-CKJ-BPV |
|---|---|
| Plaintiff, | ) **MOTION TO CONTINUE** |
| v. | ) **EVIDENTIARY HEARING** |
| MATTHEW BOWEN, | ) |
| Defendant. | ) |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant, MATTHEW BOWEN, through undersigned counsel, Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., respectfully moves this Court for an order continuing the evidentiary hearing scheduled for defendant's Motion to Suppress Evidence on March 5th, 2019 for one week. The reason for the requested continuance is that the government has not yet filed a response to the defense motion and the defense needs additional time to review that response when it is filed.

Assistant U.S. Monica Ryan has indicated she has NO OBJECTION to the requested continuance of the hearing.

        Respectfully submitted this 1st day of March, 2019.

        LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/ Sean Chapman
        Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 1, 2019, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica E. Ryan
Assistant U.S. Attorney
Monica.Ryan@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

<u>Serena Lara</u>