ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Lori L. Price
State Bar No. 025698
MONICA E. RYAN
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-1013-TUC-CKJ (BPV) |
|---|---|
| Plaintiff, | RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE MENTION THAT THE DEFENDANT REFUSED TO CONSENT TO CELL PHONE SEARCH (Doc. 30) |
| vs. | |
| Matthew Bowen, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorneys, hereby responds to the defendant's motion *in limine* to preclude the government from telling the jury that the defendant refused to consent to a search of his cell phone. (Doc. 30). Because the government does not intend to elicit such evidence, the court should deny the defendant's motion as moot.

I.  Facts and Procedural Background

On March 14, 2018, the Honorable Jaqueline M. Rateau, United States Magistrate Judge for the District of Arizona, issued a search warrant authorizing law enforcement officers to search the person of defendant Matthew Bowen and his cellular telephone, specifically a Samsung Galaxy S7. On March 22, 2018, federal agents served the warrant on Mr. Bowen at the Nogales Border Patrol Station. When the agents asked the defendant to provide his phone pursuant to the warrant, Mr. Bowen informed them that he no longer

possessed the phone described in the March 14 warrant, as he had recently surrendered his Samsung Galaxy S7 to his service provider, Verizon Wireless, when he upgraded to a new phone, a Samsung Galaxy S9+. The defendant showed the agents his new phone, and further stated that Verizon Wireless had transferred the electronic contents of his old phone to his new phone, at his request. Because the March 14 warrant was specific to the Samsung Galaxy S7, the agents asked Mr. Bowen if he would consent to a search of his new phone. The defendant asked for an opportunity to consult with his attorney, and after that consultation, declined to consent. Agents then applied for a search warrant for the Samsung Galaxy S9+, which was issued by Honorable Bernardo P. Velasco, United States Magistrate Judge for the District of Arizona, later that same day.

II. Conclusion

The government does not intent to elicit any evidence that the defendant chose not to consent to a search of his new phone, nor make any reference to that fact in its arguments before the jury at the trial in this case. Accordingly, the government respectfully requests that the Court deny the defendant's motion as moot.

Respectfully submitted this 3rd day of March, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Monica E. Ryan*

MONICA E. RYAN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 3rd day of March, 2019, to:

Sean C. Chapman, Esq.