1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   LORI L. PRICE
3  State Bar No. 025698
   MONICA E. RYAN
4  Assistant U.S. Attorneys
   United States Courthouse
5  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
6  Telephone: 520-620-7300
   Email: lori.price@usdoj.gov
7         monica.ryan@usdoj.gov
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-1013-TUC-CKJ (BPV) |
|---|---|
| Plaintiff, | ADDENDUM TO MOTIONS TO EXTEND TIME TO RESPOND TO THE DEFENDANT'S MOTIONS TO SUPPRESS, IN LIMINE, AND IN RESPONSE TO 404(B) NOTICE (Doc. 36 and 37) (Unopposed) |
| vs. | |
| Matthew Bowen, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorneys, hereby provides the following information in support of its motions to extend time to defendant's motion to suppress, motion *in limine* and response to the government's 404(b) notice. Defense counsel has been contacted and does not object to the government's motions to extend time. (Doc. 36 and 37).

Accordingly, the government requests an extension of time up through and including Tuesday, March 5, 2019 to respond to the defendant's motion to suppress text messages (Doc. 29), and up through and including March 18, 2019 to respond to the defendant's motion *in limine* to preclude witness opinion testimony (Doc. 31) and defendant's response in opposition to the government's 404(b) notice (Doc. 32).

Respectfully submitted this 5th day of March, 2019.

                ELIZABETH A. STRANGE
                First Assistant United States Attorney
                District of Arizona

                *s/ Monica E. Ryan*

                MONICA E. RYAN
                Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 5th day of March, 2019, to:

Sean C. Chapman, Esq.