# Exhibit 1
## Motion in Limine to Preclude Text Messages
## Pursuant to Evidence Rules 401 et. seq.

### Messages that Could be Perceived as Racist of Offensive:

| To 8102803389 Riccardi * Direction: Outgoing | 12/7/2017 3:20:57 PM(UTC-7) | The tonkwas not injured at all. he didnt want to go to the hospital but they made him. Its all gotten blown up bc I guess the port director was watching with their cameras and probably JICed |
|---|---|---|
| To 5203604504 sylliasen * Direction: Outgoing | 12/18/2017 10:17:56 AM( | Yea Im good. Chasing a guat with an f150 and accidentally bumped him at like 7mph. bc the port guys were watching with their cameras they JICed it bc it looked like I could have run him over from that angle. Guat was totally uninjured didnt want to allegate or anything. But now it ll prob be an investigation for 2 yrs. |
| From 5203604504 sylliasen * Direction: Incoming | 12/18/2017 10:48:23 AM(UTC-7) | You seen that vid of the Texas Agent with the tonk on the ladder filmed by other tonk? |
| To 5203604504 sylliasen * Direction: Outgoing | 12/18/2017 10:50:33 AM(UTC-7) | Yea I saw that vid. that first agent was so scared to use any force on that resisting tonk it was sad |
| From 5203604504 sylliasen * Direction: Incoming | 12/18/2017 10:50:56 AM(UTC-7) | Did you gas hiscorpse or just use regular peanut oil while tazing?? For a frying effect. What |
| To 5203604504 sylliasen * Direction: Outgoing | 12/18/2017 10:52:33 AM(UTC-7) | Guats are best made crispy with an olive oil from their native pais |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 7:45:13 PM(UTC-7) | im on light duty pending the investigation. i bumped a guat with a truck while driving about 7mph. no injury at all and tonk refused medical. i think it became a big thing bc the port saw with their cameras and the port director likely JICed it. Ive decided after this is cleared up I am resigning. |
| To 4803929119 Bruchalski * Direction: Outgoing | 2/2/2018 2:22:55 PM(UTC-7) | No, nothing. Your shit seems like that standard run of the mill thing they are mandated to investigate just bc a shitbag filed a complaint |
| To 7742800975 smith chuck * Direction: Outgoing | 12/6/2017 10:04:46 AM(UTC-7) | great. so those fags are gonna try to make it into something. more motivation to get away from this agency asap |
| To 7742800975 | 12/6/2017 | If I had to tackle the tonk I would still be doing memos and shit. I wonder how they expect us to |

1

| smith chuck *<br>Direction:<br>Outgoing | 10:07:41<br>AM(UTC-7) | apprehend wild ass runners who don't want to be apprehended? |
|---|---|---|
| To<br>7742800975<br>smith chuck *<br>Direction:<br>Outgoing | 12/8/2017<br>10:30:29<br>AM(UTC-7) | would you be able to track down the status of the<br>guat from my incident. Also is there a way I can<br>get a copy of the 710 that shows he was<br>uninjured |
| To<br>7742800975<br>smith chuck *<br>Direction:<br>Outgoing | 12/8/2017<br>11:50:57<br>AM(UTC-7) | do you still have the guats event # up? |
| To<br>7742800975<br>smith chuck *<br>Direction:<br>Outgoing | 3/19/2018<br>5:50:29<br>PM(UTC-7) | they just called back. indians... I said l would email them |
| To<br>7742800975<br>smith chuck *<br>Direction:<br>Outgoing | 3/19/2018<br>6:41:32<br>PM(UTC-7) | alec has been waiting so long they just pulled a<br>tonk out of our truck |
| From<br>7023328370<br>Swartz *<br>Direction:<br>Incoming | 11/21/2017<br>8:39:08<br>AM(UTC-7) | would miss certain things too. Runnin down<br>shitbags who thought they had you fooled. Layin<br>in hearing that 46 load walkin to ya just before you jump in. |
| To<br>7023328370<br>Swartz *<br>Direction:<br>Outgoing | 11/21/2017<br>1:54:09<br>PM(UTC-7) | it will probably take them 8 yrs to find the fucking<br>beaners reponsible |
| To<br>7023328370<br>Swartz *<br>Direction:<br>Outgoing | 12/4/2017<br>6:41:03<br>PM(UTC-7) | I used an f150 to<br>do a human pit maneuver on a guat running from<br>an agent. it was in front of cameras and<br>everybody thought i ran him over so they made it<br>into an SIR even though the tonk was totally fine.<br>just a little push with a ford bumper |
| To<br>7023328370<br>Swartz *<br>Direction:<br>Outgoing | 12/7/2017<br>8:53:50<br>AM(UTC-7) | probably OPR since ive been on their radar.<br>Fackler said the highest possible charge could be<br>assault with a deadly weapon. Even though the<br>guat said he was totally fine and uninjured and<br>still went to the hospital and was cleared. I dont<br>get it. it feels like whenever you are put in their<br>hands they HAVE to charge you with something.<br>With Arteaga the AUSA declined so they gave<br>him to the county and it took him years to get<br>cleared. |
| To<br>7023328370<br>Swartz *<br>Direction:<br>Outgoing | 12/7/2017<br>5:43:13<br>PM(UTC-7) | So im feeling the stress from this bs thinking about being taken away<br>from my kid or something. Calle said im looking at serious charges<br>even though<br>the Tonk was completely uninjured. Cant even<br>imagine the stress you have been dealing with |
| To<br>7023328370<br>Swartz * | 12/12/2017<br>6:18:32<br>PM(UTC- | options. I talked to calle about that for a while<br>today. guys are being made to think any use of<br>force results in you being investigated and so they |

| | | |
|---|---|---|
| Direction: Outgoing | 7) | are letting tonks get away with way too much |
| From 7023328370 Swartz * Direction: Incoming | 12/27/2017 1:28:20 PM(UTC-7) | dude and a load driver fled the point here with 2 tonks the other day and started shooting at pursuing agents before rolling over!! wild ass shitbags everywhere! |

## Messages that Reflect Political Beliefs:

| | | |
|---|---|---|
| To 7023328370 Swartz * Direction: Outgoing | 11/20/2017 8:28:18 AM(UTC-7) | mindless murdering savages. PLEASE let us take the gloves off trump! and we all just responded to code to 2 agents trying to catch 5 tonks at the fence in mariposa, tonks starting rocking caused one agent to fall and sustain a gash to his arm. disgusting subhuman shit unworthy of being kindling for a fire. |
| To 7023328370 Swartz * Direction: Outgoing | 11/21/2017 6:58:44 AM(UTC-7) | Im glad nobody took one to the head. Sorry bastards. I think this is going to change how rock incidents are handled. It just sucks that Agent's life was as snuffed out by some dirtbag to get change. I did read tonight that some liberal news outlets are trying to say he fell. Really. And what, the second A gent said fuck it i wanna fall too. I dont think so. |
| From 7023328370 Swartz * Direction: Incoming | 11/21/2017 8:29:00 AM(UTC-7) | Every year funding is a joke. Our vehicles are always fucked up. And then there's pool rifles. Yah take this in case you need it, and its not even |
| From 7023328370 Swartz * Direction: Incoming | 12/12/2017 5:56:22 PM(UTC-7) | https://www.themaven.net/bluelivesmatter/news/video-border-patrol-opens-can-of-whoop-ass-asillegal-flees-over-wall-ZxVDSrbx4UiH_yK6JxmUvQ?full=1 |
| To 7023328370 Swartz * Direction: Outgoing | 2/23/2018 12:13:43 PM(UTC-7) | That guy is the model of what 8 yrs of obama turned people into "this is a gun free zone you cant shoot in here". I saw they have officers guarding him at his house. That dude is fucked for life. He could have saved peoples lives. One of those parents that lost a child will find him one day if they dont imprison him for his sickening cowardice. |
| To 7023328370 Swartz * Direction: Outgoing | 3/17/2018 7:55:42 PM(UTC-7) | oh yeah I seen him on one of those liberal MSNBC specials. total obama appointee scumbag |
| To 7023328370 Swartz * Direction: Outgoing | 3/17/2018 7:59:24 PM(UTC-7) | The system is rigged just like trump says. Did you see where they found out that andrew mccabe Was keeping personal memos on trump. mccabes wife was running for some democratic seat in VA. |

## Messages that Reflect Job Dissatisfaction:

| | | |
|---|---|---|
| To 8102803389 Riccardi * Direction: Outgoing | 12/7/2017 3:21:51 PM(UTC-7) | has me seriously rethinking a career change once all this gets cleared up. |
| To 5203604504 sylliasen * Direction: Outgoing | 12/18/2017 10:17:56 AM(UTC-7) | I've been kicking around the decision for years but after all this is cleared up I am resigning. There are opportunities to make more money than BP in real estate and other businesses. The wife made 3 times what I make this year. Plus im really tired of the mindless inefficiency of this job |
| To 5203604504 sylliasen * Direction: Outgoing | 12/18/2017 10:35:26 AM(UTC-7) | Bumped once. fell to the ground. Did not get run over and refused medical. Was still sent to the hospital and they sent him back within an hour. I'm kind if glad it happened bc otherwise I would prob never decided to quit. Having |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 7:45:13 PM(UTC-7) | im on light duty pending the investigation. i bumped a guat with a truck while driving about 7mph. no injury at all and tonk refused medical. i think it became a big thing bc the port saw with their cameras and the port director likely JICed it. Ive decided after this is cleared up I am resigning. |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 8:36:18 PM(UTC-7) | Thanks That is the plan. rentals, flips and buying a semi truck with a few guys from work and hiring a driver. BP is just meant to destroy guys that want to catch people |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 8:41:00 PM(UTC-7) | this shit is the kicker i needed to make the decision. i feel like one day I would have to make a decision that would cost me my life or my freedom if I stay in NGL |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 9:07:23 PM(UTC-7) | Awesome bro. Success stories getting out of NGL make you realize there is more to life than mindless fed jobs |
| To 6197295254 # bearss new* Direction: Outgoing | 12/8/2017 9:58:38 PM(UTC-7) | its def too good to leave. i just have to transition away from BP. I think it will be like coming out of a 10 yr depression. |
| To 6197295254 # bearss new* Direction: Outgoing | 12/9/2017 8:53:36 AM(UTC-7) | I feel like I will miss certain aspects of it. There were lots of good days. But the past few years the bad has far outweighed the good and it just seems to keep getting worse. |
| To 4803929119 Bruchalski * Direction: | 12/8/2017 9:35:38 AM(UTC-7) | quitting for years but always wondered when the time would be right. I know 100% that once all this is cleared up I have to move on. I cant do this job anymore |

4

| | | |
|---|---|---|
| Outgoing | | |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/9/2017 12:55:51 PM(UTC-7) | like you said this shit will make me better. Im so motivated to start making smart investments and break free of the BP. |
| From 4803929119 Bruchalski * Direction: Incoming | 12/9/2017 1:05:08 PM(UTC-7) | I guarantee if I had the money in cash instead of in the TSP I could double it every two or three years |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/10/2017 4:24:02 PM(UTC-7) | the sooner i can resign. Im ready and I feel like its the right move to break free from the gov and get into real estate, business |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/10/2017 4:26:57 PM(UTC-7) | Ill still get some retirement when im 62. I just cant stay at a place ive come to despise. Plus I really think as a team candy and I can make some serious money. |
| To 4803929119 Bruchalski * Direction: Outgoing Sent | 12/14/2017 11:28:49 AM(UTC-7) | Im so fucking done. I've been going to real estate school this week. It's chill the old man is not that bad. Small class size and you can drop in whenever is convenient for you. prob will take me 3 weeks |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/14/2017 11:33:24 AM(UTC-7) Sent | I feel more reassured each day that leaving BP is the right decision. People that are willing to work hard and have some money to invest are not meant to have blue collar jobs where you are just a number. Nobody gets Rich working for somebody else... |
| To 4803929119 Bruchalski * Direction: Outgoing | 1/16/2018 4:00:02 PM(UTC-7) | fuck yeah ill be a greeter for 85k/yr while managing side hustles from that little office |
| To 4803929119 Bruchalski * Direction: Outgoing | 1/17/2018 1:20:42 PM(UTC-7) | shit never ends... Im gonna stay an inside agent for awhile even after my shit is cleared up. It's not worth it to catch people |
| From 7742800975 smith chuck * Direction: Incoming | 3/1/2018 6:16:23 PM(UTC-7) | Seriously debating walking in tomorrow and throwing the dumb bars on the desk and saying done. Being a go between for those two is exhausting |
| To 7742800975 smith chuck * Direction: | 3/1/2018 6:22:56 PM(UTC-7) | Just another example of why BP is a dead-end job |

| | | |
|---|---|---|
| Outgoing | | |

## Messages that Pertain to Conversations with Attorney:

| | | |
|---|---|---|
| To 4146285126 Covino * Direction: Outgoing | 12/12/2017 2:47:25 PM(UTC-7) | Hey I just sent you the original memo from 12/3 and the supplemental report that I just wrote. Have you seen the video? |
| From 4146285126 Covino * Direction: Incoming | 12/12/2017 2:47:50 PM(UTC-7) | Yes I saw it |
| From 4146285126 Covino * Direction: Incoming | 12/12/2017 3:04:19 PM(UTC-7) | I read them real quick and only saw one typo in the last sentence of the supplement — I'm going to pick up my kids and then I'll look over them again to be sure |
| From 4146285126 Covino * Direction: Incoming | 12/12/2017 6:09:48 PM(UTC-7) | I think it looks like u covered what u and Jim talked about. |
| From 4146285126 Covino * Direction: Incoming | 12/12/2017 6:10:10 PM(UTC-7) | Did Jim say he wanted to look at it as well? Or just have u turn it in ? |
| To 4146285126 Covino * Direction: Outgoing | 12/12/2017 6:13:05 PM(UTC-7) | I sent it to Jim also and he made a few suggestions that I'm going to add in before submitting it. How do I go about submitting it? |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/8/2017 10:15:35 AM(UTC-7) | yea fackler knows. he just gave me the number to the legal defense fund and said call the lawyers. |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/10/2017 4:53:22 PM(UTC-7) | I haven't shown too many people. Most had already seen it in c2. Calle was freaking out about it. |
| rom 4803929119 Bruchalski * Direction: Incoming | 12/10/2017 5:00:37 PM(UTC-7) | really am interested in what Chapman is going to say |
| To 4803929119 Bruchalski * Direction: Outgoing | 12/14/2017 11:19:42 AM(UTC-7) | Never talked to Chapman. I went up and talked to Calle the other day. I submitted a supplemental report that documents how it was unintentional, accidental and i was not familiar with how responsive the acceleration was on those new F-150s etc. |
| 4803929119 Bruchalski * | 12/14/2017 | What did Calle say |

6

| | | |
|---|---|---|
| Direction: Incoming | 11:22:50 AM(UTC-7) | |
| To 4803929119 Bruchalski * Direction: Outgoing Sent | 12/14/2017 11:24:59 AM(UTC-7) | He was clear that they could still try to push whatever they want to do but me preemptively putting that report out there will make it difficult to establish that my intent was to do harm. |
| From 4803929119 Bruchalski * Direction: Incoming Read | 1/17/2018 1:17:24 PM(UTC-7) | Chapman got called into OIG or something over an incident of mine. |
| To 7023328370 Swartz * Direction: Outgoing | 12/7/2017 5:43:13 PM(UTC-7) | So im feeling the stress from this bs thinking about being taken away from my kid or something. Calle said im looking at serious charges even though the Tonk was completely uninjured. Cant even imagine the stress you have been dealing with |
| To 7023328370 Swartz * Direction: Outgoing | 12/7/2017 5:54:16 PM(UTC-7) | thats what i keep thinking but calle said this is like a very serious case. Then he said he was going to go talk to Chapman about it and call me back that was at like noon today and he never called back. He was like do not discuss this with anyone this is serious... |
| To 7023328370 Swartz * Direction: Outgoing | 12/12/2017 6:18:32 PM(UTC-7) | Lol. That's funny and sad at the same time. Tht first agent was so afraid to use any of his Force options. I talked to calle about that for a while today. guys are being made to think any use of force results in you being investigated and so they are letting tonks get away with way too much |