

# United States District Court
# District of Arizona

USA vs Matthew Bowen

CR-18-01013-TUC-CKJ (DTF)

## WITNESS LIST

| Presiding Judge: Cindy K. Jorgenson | Courtroom Deputy: Rose Chavez | Courtsmart |
|---|---|---|
| Hearing dates: April 10, 2019 | Plaintiff Attorneys: Monica Ryan/Lori Price | Defense Attorney: Sean Chapman |

| Plf | Dft | Date sworn: | Date appeared: | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | ✓ | 4-10-19 | 4-10-19 | Brian Chase |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |