MICHAEL BAILEY
United States Attorney
District of Arizona
LORI L. PRICE
State Bar No. 025698
MONICA E. RYAN
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: lori.price@usdoj.gov
        monica.ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-1013-TUC-CKJ (DTF) |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR STATUS CONFERENCE |
| | (Unopposed) |
| Matthew Bowen, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorneys, requests a status conference to confirm the current trial date, set deadlines for all motions in limine and other pretrial matters, and set a date for a pretrial conference.  Defense counsel has been contacted and does not object to the government's motion.

The current trial date of August 13, 2019 was set after the parties conferred and informed the Court that both the government and the defense were available to begin the trial on that day.  (*See* Doc. 45, 46).  Subsequent to the Court setting the trial date, defense has voiced concern about the availability of a potential witness for that date.

Further, some motions in limine have been filed by the defense and the government anticipates filing some of its own.  The government requests the status conference to

discuss an appropriate schedule to ensure that issues raised in pending and forthcoming motions in limine are resolved in advance of trial.

For all the reasons stated above, the government requests that the Court set a status conference in the above-captioned case.

Respectfully submitted this 15th day of May, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Monica E. Ryan*

MONICA E. RYAN
LORI L. PRICE
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 15th day of May, 2019, to:

Sean C. Chapman, Esq.

- 2 -