DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: May 29, 2019 |
| USA v. Matthew Bowen | Case Number: CR-18-01013-TUC-CKJ (DTF) |

Assistant U.S. Attorney: Monica Ryan
Attorney for the defendant: Sean Chapman (Retained)
Courtroom deputy: Sandra G. Fuller

The defendant is not present and is released.

**STATUS CONFERENCE**

Defense counsel orally motions the Court to waive the appearance of the defendant for purposes of today's hearing. The Court **GRANTS** the oral motion and **WAIVES** the defendant's appearance.

The Court notes this is the date set for a Status Conference after **GRANTING** the Motion for Status Conference filed by the government (Doc. 74).

Counsel for the government informs the Court the government is ready for trial on the currently set date of August 13, 2019 at 9:30 a.m.

Counsel for the defendant informs the Court he has filed four motions *in limine*. Defense counsel further notes the government has agreed not to introduce evidence listed in the defendant's Motion *in Limine* to Preclude Mention That Mr. Bowen Refused to Consent to Cell Phone Search (Doc. 30) and believes the Court may rule on this motion.

Upon the government's oral agreement with defense counsel's statement, and the government's Response to Defendant's Motion *in Limine* (Doc. 38) that the government does not intend to bring this evidence out in trial, the Court **DENIES AS MOOT** the defendant's Motion *in Limine* (Doc. 30).

Counsel for the defendant informs the Court he filed a Motion to Suppress (Doc. 29) which was heard by Magistrate Judge D. Thomas Ferraro. The parties are currently awaiting the ruling on the Magistrate Judge's Report and Recommendation (Doc. 57), and both parties have filed objections to the Magistrate Judge's Report and Recommendation.

Defense counsel further notes if the Court rules against the defendant's Motion *in Limine* to Preclude Text Messages (Doc. 53), he will need to call a witness who may be unavailable the week trial is currently scheduled. Defense counsel would like the trial continued an additional thirty (30) days if the witness is needed at trial. If the Court should resolve all the outstanding motions, defense counsel can be ready for the currently set trial date.

| | |
|---|---|
| USA v. Matthew Bowen | Date: May 29, 2019 |
| Case Number: CR-18-01013-TUC-CKJ (DTF) | Page 2 of 2 |

The Court sets a **deadline** for filing **any additional motions** *in Limine* by **July 8, 2019**.

The Court sets a **Motions** *in Limine* **hearing** for any additional motions filed by July 8, 2019 on **July 29, 2019 at 9:00 a.m**. At this hearing the Court will set a Pretrial Conference hearing should counsel need to discuss any further legal matters.

Once the Court rules on the admissibility of particular text messages, the government agrees it will provide defense counsel with the exact text messages the government intends to use in its case-in-chief.

The Court will set a motion hearing on the pending Motion *in Limine* to Preclude Witnesses from Opining on Ultimate Legal Issue (Doc. 31) and Motion in Limine to Preclude Text Messages (Doc. 53) at a later date and time.

The Court **AFFIRMS** the trial currently set **August 13, 2019 at 9:30 a.m.** The plea deadline is set July 29, 2019.

Both parties anticipate the trial will last one week.

Any motion or stipulation to continue the scheduled trial date shall be filed with the Clerk of the Court no later than 5:00 p.m. on Monday, July 29, 2019.

**Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined a motion to continue the scheduled trial date will not be filed, government counsel shall notify the Court by an email, to the chambers email address: jorgenson_chambers@azd.uscourts.gov, that the case and the parties are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.**

Status Conference: 10:06 a.m. to 10:23 a.m. (17 minutes)
Hearing is recorded by CourtSmart