DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: July 2, 2019 |
| USA v. Matthew Bowen | Case Number: CR-18-01013-TUC-CKJ (DTF) |

Assistant U.S. Attorneys: Monica Ryan and Lori Price
Attorney for the defendant: Sean Chapman (Retained)
Courtroom deputy: Sandra G. Fuller
Court reporter: Cheryl Cummings

The defendant is present and is released.

**MOTION HEARING**

The parties present their respective arguments regarding the defendant's Motion *in Limine* to Preclude Witnesses from Opining on Ultimate Legal Issue (Doc. 31). The Court takes the motion **UNDER ADVISEMENT**.

The Court notes the Motion to Suppress (Doc. 29) was granted in part and denied in part. The defendant's request to suppress text messages sent on or after December 3, 2017 is denied, and the defendant's request to suppress text messages sent before December 3, 2017 is granted.

The parties present their respective arguments to the defendant's Motion *in Limine* to Preclude Text Messages Pursuant to Evidence Rules 401 et.seq. (Doc. 53) regarding text messages sent after the day of the incident. The Court takes the motion **UNDER ADVISEMENT**.

The Court **AFFIRMS** the jury **trial** is set **August 13, 2019 at 9:30 a.m.**

Defense counsel informs the Court he has requested grand jury testimony of any witnesses who testified who may be witnesses in the government's case. Defense counsel argues this is discoverable under Rule 16.

Counsel for the government agree to disclose the grand jury transcript of their potential witness by July 12, 2019.

Defense counsel orally motions the Court to order counsel for the government to disclose the A-File of the victim.

The Court notes the government is aware of their obligation under Brady to disclose Brady material and will leave the disclosure of the victim's A-File to the government's discretion.

| U.S. District Judge: Cindy K. Jorgenson | Date: July 2, 2019 |
|---|---|
| USA v. Matthew Bowen | Case Number: CR-18-01013-TUC-CKJ (DTF) |

The **deadline** to file any **additional motions *in limine*** is extended from July 8, 2019 to **July 12, 2019**.

Counsel for the government orally motions the Court to continue the motion hearing currently set for July 29, 2019 at 9:00 a.m. due to a scheduling conflict. There being no objection by defense counsel, the Court **GRANTS** the oral motion and resets the **Motion *in Limine*** hearing to **3:00 p.m. on July 29, 2019**.

Any motion or stipulation to continue the scheduled trial date shall be filed with the Clerk of the Court no later than **5:00 p.m. on Monday, July 29, 2019**.

**Alternatively, by that same deadline**, if after consultation between government and defense counsel it is determined a **motion to continue** the scheduled **trial** date **will not be filed**, **government** counsel **shall notify the Court by an email**, to the chambers email address: **jorgenson_chambers@azd.uscourts.gov**, that the **case and parties are ready to proceed** to trial on the scheduled trial date. The notification shall also **include** the estimated **number of trial days** needed to complete the trial.

Motion Hearing: 10:00 a.m. to 11:40 a.m. (1 hour and 40 minutes)