IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 18-1013-TUC-CKJ |
| Plaintiff,            ) | |
| v.            ) | **ORDER** |
| Matthew Bowen,            ) | |
| Defendant.            ) | |

    The Court has been notified by the government that the case and the parties are ready to proceed to trial, therefore,

    IT IS ORDERED confirming the trial on August 12, 2019, at 1:30 p.m., before the Honorable Cindy K. Jorgenson in Courtroom 5C.

    IT IS FURTHER ORDERED counsel shall file their jury instructions, voir dire, witness list and exhibit list on or before **Monday, August 5, 2019, by noon.**

    IT IS FURTHER ORDERED counsel for the government is also directed to file a 1.2 preliminary instruction listing the elements of the offense on or before **Monday, August 5, 2019, by noon**.

    DATED this 30th day of July, 2019.

_____
Cindy K. Jorgenson
United States District Judge