**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>                 Plaintiff,            )<br>                                                         )<br>       v.                                              )<br>                                                         )<br>Matthew Bowen,                           )<br>                                                         )<br>                 Defendant.          )<br>_____) | CR 18-01013-001-TUC-CKJ(BPV)<br><br>**DEFENDANT'S PROPOSED**<br>**VOIR DIRE** |

The Defendant MATTHEW BOWEN, through counsel Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., hereby respectfully requests that the Court examine the prospective jurors as follows. If any juror answers any question in the affirmative, the Court is requested to inquire further and develop the answer fully:

  1.  Have any of you read or heard about any aspect of this case in the news, whether print, online, or on television, or heard about any aspect of this case from someone you know? [If a juror responds affirmatively, a bench conference would be

1

appropriate in order to avoid tainting the jury pool.] If so, what did you hear? What was your reaction to what you heard?

  2. Do you, or any of your friends or relatives, belong to any groups or organizations that have as one of its goals, promoting the rights of immigrants? This could include, but would not be limited to, the following:

    a. Border Action Network

    b. Coalicion de Derechos Humanos

    c. American Civil Liberties Union

    d. Amnesty International

    e. Catholic Charities CYO

    f. Voces Unidas Project

    g. Central American Resource Center

    h. Hermandad Mexicana Nacional

    i. Sanctuary for Families

    j. Friendly House

    k. Diocesan Migrant & Refugee Services

  3. Do you think that Border Patrol agents who work along the U.S. – Mexico border work in a dangerous environment?

  4. Have you ever felt singled out by the Border Patrol, or any law enforcement agency, because of your looks?

  5. Do you consider the Border Patrol, or any law enforcement agency, to be "too tough" on illegal immigrants?

2

6. Do you have any negative feelings toward the Border Patrol, or any other law enforcement agency?

7. Do you think that law enforcement officers generally tend to use too much force?

8. As a whole, do you think the Federal Government is too harsh on illegal immigration and/or drug smuggling?

9. Do you know anyone who works for any prosecutorial agency, such as the U.S. Attorney's Office or the Pima County Attorney's Office?

10. Do you know anyone who works for the U.S. Border Patrol, or any other federal law enforcement agency?

11. Do you or anyone you know support humanitarian efforts at the border (for example, by giving water to border crossers)?

12. Do you believe our system of justice favors law enforcement officers who are charged with committing a crime?

13. Do any of you have any education or training in the law, and, in particular, constitutional law?

14. Do any of you believe that because an individual is charged with a crime, they are probably guilty of something?

15. Do you believe that if a defendant is charged with a crime, he should have to testify and/or establish his innocence?

16. Do you believe that a defendant who does not testify is probably guilty?

3

17. Do you understand that under our system of justice, a defendant is presumed innocent? At this moment, do you presume the defendant is innocent?

18. Do you understand that under our system of justice, the government, and only the government, has the burden of proof?

19. Do you understand that the defendant does not have to testify, or produce any evidence?

20. Do you understand that your oath as a juror requires you to find the defendant not guilty, unless the government proves, beyond a reasonable doubt, that the defendant is guilty of the crimes charged? Do any of you disagree with these fundamental legal principles?

21. As a result of hearing these questions, have any of you developed any opinions regarding this case?

22. Is there anything about the subject matter of this case, or any other matter that has not been covered, that you think the Court or the attorneys might want to know about you as a juror in this case?

23. Issues related to the border and immigration have been the subject of a lot of public debate and disagreement in this country over the last several years. Is there anyone here who, because of their personal beliefs about immigration, feels that they could not be fair to Mr. Bowen or the government?

Respectfully submitted this 1th day of August, 2019.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/  Sean Chapman
           Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 1, 2019, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorney's Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050


Serena Lara