**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | CR 18-01013-001-TUC-CKJ(BPV) |
|---|---|---|
| Plaintiff, | ) | **SIXTH MOTION TO CONTINUE TRIAL** |
| v. | ) | |
| Matthew Bowen, | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The defendant, through counsel undersigned, moves to continue the August 12, 2019 trial in this.  The reasons for the requested continuance follow.

On August 1, 2019, 11 days before trial, the government disclosed additional video-graphic evidence of the event in this case.  The video produced to the defense appears to provide greater clarity and detail than that which has been previously disclosed.  This evidence is critical to the case because it impacts both counts in the

indictment. As to Count 1 (Civil Rights violation) it provides additional evidence regarding whether or not Agent Bowen actually hit the victim with his vehicle—a matter that has been the subject of dispute by the parties. As to Count 2 (Falsification of Record) this evidence is relevant to whether or not Agent Bowen made a false statement in his report when he stated that he was not sure whether or not he impacted the victim with his vehicle.

Undersigned counsel recently tried the matter of United States v. Swartz (CR 15-1723) before the Honorable Raner C. Collins. In that matter the accuracy of the videos presented by the government---which were filmed by the _same_ cameras as in this case---were also a matter of great dispute between the parties. The defense, through the use of expert testimony, was able to expose significant problems with respect to the accuracy and reliability of the video evidence presented by the government in that case. Given that the government is now seeking to present video-graphic evidence that purports to show with great accuracy what occurred in this case, it is now incumbent upon the defense to consult with an expert on this issue. It is simply impossible, however, at this late date, to retain and consult with an expert prior to the current trial date. Accordingly, the defense, through undersigned counsel, moves to continue the trial in this matter.

The government has been consulted regarding this motion and has no objection to it.

Respectfully submitted this 2th day of August, 2019.

      LAW OFFICE OF SEAN CHAPMAN, P.C.

  BY: /s/  Sean Chapman
     Sean Chapman

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2019, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorney's Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

Serena Lara