**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 18-01013-001-TUC-CKJ(BPV) |
| | ) | |
| Plaintiff, | ) | **REPLY TO OPPOSITION TO** |
| | ) | **CONTINUE TRIAL** |
| v. | ) | |
| | ) | |
| Matthew Bowen, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, through counsel undersigned, hereby responds to the government's opposition to the defendant's motion to continue trial (See DOCs 91 and 92). On the afternoon of August 1, 2019, roughly 11 days prior to trial, the government provided to the defense new/late disclosure in the form of video-graphic evidence of the event in this case. The video disclosed shows the event in greater detail than that contained in prior disclosure, and the software employed by the government for the first time allowed the video to be played frame-by-frame. In light of the lateness of the disclosure, the defense determined that a motion to continue the trial was necessary in

1

order to further investigate the new material.  The government at that time volunteered that it would not oppose the defense motion to continue.  A day later, however, on August 2, 2019, after the defense motion to continue had been filed, the government changed its position and decided to oppose the motion.   In the government's motion however, it avows that it will not attempt to introduce the new video or use the frame-by-frame analysis that suddenly became available to it.  Based on this avowal, the defense withdraws its previously filed motion to continue trial.  (DOC  91).

Respectfully submitted this 5th day of August, 2019.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/  Sean Chapman
         Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 5, 2019, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorney's Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

<u>Serena Lara</u>