**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant Bowen
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) CR 18-01013-001-TUC-CKJ(DTF) |
|---|---|
| Plaintiff, | ) **MOTION FOR STATUS** |
| v. | ) **CONFERENCE/CHANGE OF PLEA** |
| Matthew Bowen, | ) **HEARING** |
| Defendant. | ) |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

This matter is set for trial on August 12, 2019. On the afternoon of August 6, 2019, undersigned counsel was contacted by an attorney from the U.S. Attorney's Office in Phoenix to discuss a possible pre-trial resolution to this matter. On the morning of August 8, 2019, the parties agreed to the terms of a plea agreement which will resolve this matter. Therefore, given the proximity of the trial date, and in order to avoid unnecessarily calling to Court a jury venire panel on Monday, the defense and attorneys for the government

1

request that a hearing/status conference be scheduled as soon as possible. The government has no objection to this motion.

                Respectfully submitted this 8th day of August, 2019.

                          LAW OFFICE OF SEAN CHAPMAN, P.C.

                          BY:   /s/  Sean Chapman
                                   Sean Chapman

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2019, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@us.doj.gov
US Attorney's Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

<u>Serena Lara</u>