\_\_X\_\_ FILED   \_\_\_\_\_ LODGED
\_\_\_\_\_ RECEIVED   \_\_\_\_\_ COPY

August 8, 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY \_\_\_\_\_S. G. Fuller\_\_\_\_\_ DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>vs.<br><br>Matthew Bowen,<br><br>             Defendant. | **INFORMATION**<br><br>Violations:<br>18 U.S.C. § 242<br>Deprivation of Rights Under Color of Law<br>(Count 1)<br><br>(Misdemeanor) |

## COUNT 1

On or about December 3, 2017, in Nogales, in the District of Arizona, defendant MATTHEW BOWEN, while employed as a United States Border Patrol Agent and acting under color of law, willfully deprived A.L.-A. of the right, secured and protected by the Constitution and the laws of the United States, to be secure in his person against unreasonable seizures, which includes the right to be free from the use of excessive force by one acting under color of law. Specifically, BOWEN assaulted A.L.-A. by intentionally striking A.L.-A..

All in violation of Title 18, United States Code, Section 242.

MICHAEL BAILEY
United States Attorney
District of Arizona

8/8/19
Date

Monica E. Ryan
Assistant United States Attorney