MAGISTRATE'S JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. Magistrate Judge: D. Thomas Ferraro | Date: August 8, 2019 |
| USA v. Matthew Bowen | Case Number: CR-18-01013-001-TUC-CKJ-DTF |

Assistant U.S. Attorneys: Monica Ryan and Lori Price
Attorney for the defendant: Sean Chapman (Retained)
Hearing recorded by: CourtSmart
Courtroom deputy: Sandra G. Fuller

The defendant is present and released.

**CHANGE OF PLEA HEARING**

The Court **GRANTS** the Motion for Status Conference/Change of Plea Hearing (Doc. 104).

The defendant, Matthew Bowen, enters a plea of guilty to the misdemeanor information. A consent to proceed before a magistrate judge and plea agreement are filed.

The Court **ORDERS** the trial currently set August 12, 2019 at 1:30 p.m. before the Honorable Cindy K. Jorgenson **VACATED**.

The defendant may remain released on the previously imposed conditions pending Sentencing. The Court directs the US Probation Office to prepare a Presentence Report.

**Sentencing** is set **October 15, 2019 at 9:30 a.m.** before this Court.

Mr. Chapman informs the Court the government is now in receipt of the defendant's resignation letter to the U.S. Border Patrol. Ms. Ryan confirms to the Court she has received the defendant's letter of resignation.

Change of Plea Hearing: 4:08 p.m. to 4:22 p.m. (14 minutes)