1  **Sean C. Chapman**
   **Law Office of Sean C. Chapman, P.C.**
2  100 North Stone Avenue, Suite 701
   Tucson, Arizona 85701
3  Telephone: (520) 622-0747
   Fax: (520) 628-7861
4  Arizona State Bar No. 012088
5  Attorney for Defendant Bowen
   Sean@seanchapmanlaw.com
6

7                    IN THE UNITED STATES DISTRICT COURT

8                         FOR THE DISTRICT OF ARIZONA

9
10 | UNITED STATES OF AMERICA,        )  CR 18-01013-001-TUC-CKJ(DTF)
                                      )
11 |            Plaintiff,            )
                                      )  **MOTION TO MODIFY CONDITIONS**
12 |       v.                         )           **OF RELEASE**
                                      )
13 | Matthew Bowen,                   )
                                      )
14 |            Defendant.            )

15     It is expected that excludable delay under Title 18, United States Code, §

16 3161(h)(1)(F) will NOT occur as a result of this motion or an order based thereon.

17     Mr. Bowen is currently released on his own recognizance, without Pretrial

18
   Supervision.  He is, however, prohibited from leaving the State without court
19
   permission.  Defendant, through counsel undersigned, moves to modify his release
20
21 conditions to allow him to travel to Myrtle Beach, South Carolina, from August 20,

22 2019 through September 20, 2019 for a family trip.
23
24 . . . . .

25 . . . . .
26

1

Assistant U.S. Attorney Lori Price has indicated she has NO OBJECTION to this motion.

Respectfully submitted this 14th day of August, 2019.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/  Sean Chapman
Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2019, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica Ryan
Monica.Ryan@usdoj.gov
Lori Price
Lori.Price@usdoj.gov
US Attorney's Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050


Serena Lara