# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01013-001-TUC-DTF |
| Plaintiff, | **ORDER** |
| v. | |
| Matthew Bowen, | |
| Defendant. | |

Upon motion of defendant and there being no objection, IT IS ORDERED defendant's conditions of release are modified allowing defendant to travel to Myrtle Beach, South Carolina from August 20, 2019 through September 20, 2019 for a family trip.

All other conditions of release remain in full force effect.

Dated this 15th day of August, 2019.

Honorable D. Thomas Ferraro
United States Magistrate Judge