**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant *Bowen*
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) CASE NO.: 18-cr-1013-TUC-CKJ-BPV |
|---|---|
| Plaintiff, | ) **FIRST MOTION TO CONTINUE** |
| | ) **SENTENCING** |
| v. | ) |
| MATTHEW BOWEN, | ) |
| Defendant. | ) |

The Defendant, MATTHEW BOWEN through undersigned counsel, Sean C. Chapman of THE LAW OFFICES OF SEAN C. CHAPMAN, P.C., respectfully moves this Court for an order continuing the Sentencing in this matter, presently set for October 15, 2019 for 30 days.

The reason for this requested continuance is that the defense needs additional time to prepare for sentencing.

. . . . .

. . . . .

1  Assistant U.S. Monica Ryan has indicated she has NO OBJECTION to the
2  requested continuance of the Sentencing in this matter.
3       Respectfully submitted this 4th day of September, 2019.
4       LAW OFFICES OF SEAN CHAPMAN, P.C.
5       BY:   /s/  Sean Chapman
6             Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2019, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Monica E. Ryan
Assistant U.S. Attorney
Monica.Ryan@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

Serena Lara