PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Louis S. Fidel
State Bar No. 025479
Email: lfidel@pd-law.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BOWEN,<br><br>Defendant. | NO. CR-18-01013-001-TUC-DTF<br><br><br><br>MOTION FOR EARLY TERMINATION OF PROBATION |

The defendant, Matthew Bowen, by and through his undersigned attorney, hereby respectfully requests this Court to terminate his probation early. Mr. Bowen was sentenced on November 20, 2019, pursuant to his guilty plea to deprivation of rights under color of law, a misdemeanor offense, pursuant to 18 U.S.C. § 242, and placed on probation for a term of 36 months. Mr. Bowen has now completed more than 13 months of supervised probation, his performance has been exemplary, and he has completed all sanctions imposed by the Court.

At sentencing, Mr. Bowen was ordered to pay restitution in the amount of $8,255.00, and to perform 150 hours of community service, to be completed at a rate of no less than 10 hours per month. He promptly set about accomplishing those requirements and has now

completed them. Mr. Bowen has also been fully compliant with the supervision of the Probation Office. At the outset, he was placed on Probation's general supervision caseload, where he was supervised by Probation Officer Susana Torres, and based on his consistently strong compliance with her directives and supervision, he was recently transferred to the low-intensity supervision caseload, which is the Probation Department's minimum level of supervision. Since that transfer, he has been supervised by Probation Officer Ruby Streich. Undersigned Counsel has discussed this matter with both Officer Torres and Officer Streich, and they both do not oppose early termination of Mr. Bowen's probation.

Throughout his period of probation, Mr. Bowen has remained steadily employed and has worked hard to help support his family. He has abided by this Court's requirements and demonstrated through his conduct that he is a law-abiding, positive member of the community. Unfortunately, despite Mr. Bowen's strong performance on probation, one of the many impacts of COVID has been that he has not been able to take his children to visit their grandparents, who live in South Carolina and Oklahoma, throughout the course of this difficult year. While a probationer who has been unfailingly compliant with supervision, like Mr. Bowen, can ordinarily request authorization from his probation officer to travel outside of Arizona, those authorizations have not been granted during COVID, and, as a result, he has not been able to leave the state. Based on Mr. Bowen's strong performance, his current placement on the minimal level of probation supervision, and his early completion of all requirements imposed by this Court at sentencing, it is respectfully requested that probation in this matter be terminated early so that he can put this case squarely behind him.

Undersigned Counsel has discussed this matter with Monica Ryan, the assigned

Assistant United States Attorney, and has been advised that she opposes early termination of probation.

RESPECTFULLY SUBMITTED this 6th day of January, 2021.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/ Louis S. Fidel
       Louis S. Fidel
       Attorney for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2021, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica Ryan, Esq.: Monica.Ryan@usdoj.gov
*Attorney for the United States*

*By: /s/  Melissa Hahn*